UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| LISA PULVER, | § § § | |
| *Plaintiff,* | § | |
| v. | § § | Case No. 2:21-cv-14403-AMC |
| | § | |
| AFNI, Inc. | § § | |
| *Defendant.* | § | |

## DEFENDANT AFNI, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Order Requiring Certificate of Interested Parties (Doc. 4), Defendant AFNI, INC., files its *Certificate of Interested Parties and Corporate Disclosure Statement* as follows:

The following is a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:

Michael Rivera
   *Plaintiff*
Jibrael S. Hindi
Thomas J. Patti
The Law Office of Jibrael S. Hindi
   *Plaintiff's Counsel*
AFNI, Inc.
   *Defendant*

AFNI, Inc. is a private corporation, no publicly held corporation owns 10% or more interest in AFNI, Inc.

Dated: October 5, 2021              Respectfully submitted,

                                    /s/ Charles J. McHale
                                    Charles J. McHale, Esq.
                                    FBN: 0026555
                                    **GOLDEN SCAZ GAGAIN, PLLC**
                                    1135 Marbella Plaza Drive

Tampa, Florida 33619
Phone:  (813) 251-5500
Direct:  (813) 251-3632
Fax:  (813) 251-3675
cmchale@gsgfirm.com