


**Contact Information**

Office Address:
1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702-3517

Monday – Friday 7am-7pm Central

www.afnicollections.com
(855) 585-8306

September 2, 2021                                    Collection Notice

LISA PULVER:

This account has been placed with our agency for collection. In an effort to resolve this matter, we are willing to accept $601.06 to resolve your account. Once you pay this discounted amount, your account will be closed and marked settled in full with Afni, Inc. and COMCAST. We look forward to assisting you in resolving your account.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of the debt or any portion there of, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

---

**WHAT IS MY ACCOUNT INFORMATION?**

Creditor: COMCAST

Creditor Account: 8495753921282512

Afni, Inc. Account: 080623999-01

Balance Due: $924.71

---

**HOW CAN I MAKE PAYMENT?**

Afni accepts payment made via check, money order, check by phone or credit card.

- Pay online at www.afnicollections.com.
- Call (855) 585-8306.
- Mail in payment using payment stub below.

---

***Additional Disclosures Below. Please Review***
(Additional disclosures may also be printed on the back of letter.)

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

All conversations with Afni may be recorded.

---

DEPT 555
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICE REQUESTED

LISA PULVER
2254 57TH CIR
VERO BEACH FL 32966-4655

Make payment payable to Afni, Inc,
Please include Afni Account # on payment

Pay by Mail    Pay Online    Pay by Phone

Toll Free #: (855) 585-8306

Creditor: COMCAST

Creditor Account #: 8495753921282512

Afni, Inc. Account #: 080623999-01

Balance Due: $924.71

2  0108062399 995026 00000092471

RESPOND TO:

Afni, Inc.
PO Box 3517
Bloomington, IL 61702-3517

S866194D2528                                                 AFNV7-0902-1612083197-02528-2528